**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Chok Chai CHOW, Defendant–
Appellant.**

**No. 03–10221.
D.C. No. CR–97–00017–FCD–07.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Richard J. Bender, Asst. U.S. Atty., Matthew Stegman, USSC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Danny D. Brace, Jr., Law Office of Danny D. Brace, Jr., Sacramento, CA, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM**

Chok Chai Chow appeals the 18–month sentence imposed upon the district court's revocation of his supervised release term. We dismiss for lack of jurisdiction.

We enforce Chow's appeal waiver and dismiss the appeal because Chow's 18–

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

month sentence is below the 24–month maximum sentence agreed upon by the parties, and because Chow does not contend that his waiver was unknowing or involuntary. *United States v. Nunez*, 223 F.3d 956, 958–59 (9th Cir.2000) (dismissing an appeal because a defendant signed an unambiguous waiver of appeal, and because he waived the issue of whether it was knowing or voluntary by failing to raise the issue on appeal).

**DISMISSED.**